THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILLIAM JOSEPH DEMIERO**, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Case No. 24-cv-1936-OAW |
| **DIGIDAY MEDIA**, | ) ) ) ) |
| Defendant. | ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff William Joseph DeMiero, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed.

Dated: February 20, 2025

                Respectfully submitted,

                **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

                /s/ Lindsay C. Stone
                Lindsay C. Stone (D. Conn. Bar No. ct31140)
                Jessica N. Meyers (*pro hac vice*)
                30 Rockefeller Plaza
                New York, New York 10112
                Tel: (212) 653-8700
                Fax: (212) 653-8701
                LStone@sheppardmullin.com
                JMeyers@sheppardmullin.com

                *Attorneys for Plaintiff William Joseph DeMiero*